## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOZZUTO CONSTRUCTION COMPANY,.**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**CINCINNATI INSURANCE COMPANIES et al**<br><br>　　　　　**Defendants.** | **CIVIL ACTION NO.  23-cv-1302** |

## ORDER

**AND NOW,** this 25th day of September 2023, pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**